**SEALED**

**FILED**

**Apr 06, 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1  PHILLIP A. TALBERT
Acting United States Attorney
2  VINCENTE A. TENNERELLI
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  In the Matter of the Search of:

CASE NO.   1:21-sw-00119-SKO

12  Information Associated with Google Email
Address Eaglefirewater@gmail.com that is
Stored at Premises Controlled by Google LLC

SEALING ORDER

**UNDER SEAL**

13

14

15  **S E A L I N G   O R D E R**

16      Upon Application of the United States of America and good cause having been shown,

17      IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

18  SEALED until further order of this Court.

19  Dated:   4/5/2021

20  Hon. Sheila K. Oberto
U.S. MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

[PROPOSED] SEALING ORDER