1  PHILLIP A. TALBERT
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099

**FILED**
Sep 08, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

6  Attorneys for Plaintiff
   United States of America

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

| IN RE SEARCH WARRANT FOR Information Associated with Google Email Address Eaglefirewater@gmail.com that is Stored at Premises Controlled by Google LLC, | CASE NO. 1:21-SW-00119  SEALING ORDER  **FILED UNDER SEAL** |
|---|---|

**ORDER**

The United States having requested from this Court an order permitting it to file under seal its response to the motion to unseal in the above-captioned proceedings, and good cause appearing thereof,

IT IS SO ORDERED, that the government's response to the movant's motion to unseal and this Order in the above-entitled proceeding, shall remain <u>under seal</u> pending further order of this Court.

Dated: 9/8/23

*B. McAuliffe*
The Hon. Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

SEALING ORDER                                1