UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEARCH WARRANT FOR Information Associated with Google Email Address Eaglefirewater@gmail.com that is Stored at Premises Controlled by Google LLC | Case No. 1:21-sw-00119-SKO<br><br>**ORDER UNSEALING DOCUMENTS**<br><br>**ORDER FOR CLERK TO UNSEAL DOCUMENTS AND THE DOCKET** |

In this matter, the Court received a request to "Unseal the Court Records Concerning Internal Revenue Service Search Warrant by Eagle Fire and Water Restoration, Inc." in 1:21-sw-119-SKO-1 (Doc. 4)  In the motion, the movants requested "the Court to unseal the records of and concerning the search warrant identified above executed by the Internal Revenue Service on April 6, 2021."  In response to the motion, the Court requested the government file an opposition or a statement of non-opposition to the request to unseal. (Doc. 6.)  On September 8, 2023, the government filed a statement of non-opposition. (Doc. 8.)

As the government does not oppose unsealing the documents and agrees the requested documents should be unsealed, because "the investigation at issue was terminated," the request for unsealing will be granted.

In addition, movants filed a request to recaption the Order issued on August 18, 2023 (Doc. 6) which included the wrong caption for the above matter.  The motion to recaption is GRANTED.  The caption in Docket 6 is erroneous and shall not have any effect in this matter.

Accordingly, IT IS ORDERED that the docket and documents in the above entitled case shall be UNSEALED. The clerk of the Court is directed to unseal the docket and the documents filed in the above entitled case.

IT IS SO ORDERED.

Dated: **September 12, 2023**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE